UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
THE ANNUITY, PENSION, WELFARE,
TRAINING AND LABOR MANAGEMENT
COOPERATION TRUST FUNDS OF THE
INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 14-14B, AFL-CIO BY
THEIR TRUSTEES EDWIN L. CHRISTIAN,
CHRISTOPHER T. CONFREY, JOHN
CRONIN, JOSEPH BYRNE, KENNETH
KLEMENS, JR., JOHN F. O'HARE, WILLIAM
TYSON and MICHAEL SALGO, and                    :   **ORDER**
INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 14-14B, AFL-CIO, BY             :   22 CV 8869 (VB)
ITS BUSINESS MANAGER EDWIN L.
CHRISTIAN,
                        Plaintiffs,

v.

ABBEY ASSOCIATES & CONSULTING
GROUP, LLC,
                        Defendant.
--------------------------------------------------------------x

      Plaintiffs commenced the instant action on October 18, 2022. (Doc. #1).

      Upon plaintiffs' application for a default judgment (Docs. ##10–17), on December 2, 2022, the Court scheduled a show cause hearing on the matter, to be held in person at the White Plains courthouse on January 18, 2023, at 9:30 a.m. (Doc. #18).

      By letter dated January 10, 2023, plaintiffs' counsel now requests an adjournment of the hearing due to a scheduling conflict which counsel is apparently unable to resolve. (Doc. #20). The request is reluctantly GRANTED. However, the Court advises plaintiffs' counsel that the Court does not appreciate that plaintiffs' counsel filed this request only one day before the deadline for defendant to submit its opposition papers, making it unlikely that defendant would receive notice of the requested adjournment before submitting papers (if it chooses to do so).

      Accordingly, it is hereby ORDERED:

1. The show cause hearing is adjourned from January 18, 2023, to **January 30, 2023, at 11:30 a.m.** The hearing will be held in Courtroom 620 of the United States District Courthouse in White Plains.

2. By January 12, 2023, plaintiffs' counsel shall serve a copy of this Order, via express overnight mail service, on defendant Abbey Associates & Consulting Group, LLC, at

    4 Abbey Road, Orangeburg, New York 10962.  Plaintiffs shall file proof of service of same by January 16, 2023.

3. The time for defendant to file its opposition papers with the Court and serve such opposition papers upon plaintiffs, is extended to **January 23, 2023**.  If defendant submits its opposition papers before receiving notice of the adjournment, the Court will permit defendant to supplement its papers as needed.

The Clerk is directed to terminate the letter-motion.  (Doc. #20).

Dated: January 11, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge