UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X
THE ANNUITY, PENSION, WELFARE, TRAINING AND
LABOR MANAGEMENT COOPERATION TRUST FUNDS
OF THE INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 14-14B, AFL-CIO BY THEIR TRUSTEES
EDWIN L. CHRISTIAN, CHRISTOPHER T. CONFREY, JOHN
CRONIN, JOSEPH BYRNE, KENNETH KLEMENS, JR., JOHN
F. O'HARE, WILLIAM TYSON and MICHAEL SALGO,
and INTERNATIONAL UNION OF OPERATING ENGINEERS
LOCAL 14-14B, AFL-CIO, BY ITS BUSINESS MANAGER
EDWIN L. CHRISTIAN,

**DEFAULT JUDGMENT**

22-CIV-8869 (VB) (PED)

Plaintiffs,

-against-

ABBEY ASSOCIATES & CONSULTING GROUP, LLC,

Defendant.
———————————————————————X

The Court grants Plaintiffs' motion for default judgment and the Clerk of the Court is directed to enter judgment against Defendant ABBEY ASSOCIATES & CONSULTING GROUP, LLC in the amount of $9,353.64 which has been calculated as follows: (1) $4,082.20 in ERISA contributions; (2) $744.12 in interest; (3) $744.12 in statutory damages equal to the amount of interest identified above; (4) $307.20 in non-ERISA contributions; (5) $2,954.00 in attorneys' fees; and (6) $522.00 in costs and disbursements.

Dated: White Plains, New York
       1/30, 2023

SO ORDERED:

The Honorable Vincent L. Briccetti
United States District Judge

→ The Clerk shall close this case.